FILED
Jeffrey A. Apperson, Clerk
FEB 16 2006
U. S. DISTRICT COURT
WEST'N DIST. KENTUCKY

To Whom It May Concern

This is to verify that James Ray Johnson is no longer at Green River Correctional Complex. He now resides at 1635 Old Mill Cemetery Rd Hartford, Ky. 42347. His case number is 4-06CV2.

Sincerly

James Ray Johns[on]
signed by Judy Johnson